IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-12-926-D |
| | ) |
| PAUL A. KASTNER, Warden, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**J U D G M E N T**

Pursuant to the Order adopting the magistrate judge's Report and Recommendation, this action is dismissed without prejudice.

Entered this 22nd day of October, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE