## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ERIC GRIFFIN,                          )
                                       )
                    Petitioner,        )
                                       )
v.                                     )        Case No. CIV-12-926-D
                                       )
PAUL A. KASTNER, Warden, *et al.*,     )
                                       )
                    Respondents.       )

**J U D G M E N T**

Pursuant to the Order adopting the magistrate judge's Report and Recommendation, this action is dismissed without prejudice.

Entered this 22nd day of October, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE